EVAN I. REESE, Respondent, v. ASSOCIATED INDEMNITY CORPORATION, Appellant.—

Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

CHARLES L. SCHLESINGER, as Administrator of the Estate of NATHAN SCHLESINGER, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

IRVING N. SIDMAN, Appellant, v. MANIE SIDMAN et al., Respondents.—

No opinion. Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.

## (June 15, 1943.)

MURRAY J. MOSKOWITZ, Appellant, v. BENJAMIN ROTHBLUM et al., Respondents.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

## (June 21, 1943.)

In the Matter of the Application of SAMUEL H. CROHN for Reinstatement as an Attorney.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of LOUIS W. KAPLAN, an Attorney, Admitted under the Name of LOUIS KAPLAN, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.